# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 08/24/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
312 N. Spring Street, Room 217J
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Distribution | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Distribution | M | W | | | | | |
| 3. Sandpiper LTD - Partner | C | Distribution | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Distribution | M | W | | | | | |
| 5. Capri - NY, NY | G | Distribution | P2 | W | | | | | |
| 6. Malibu - NY, NY | G | Distribution | P2 | W | | | | | *see explanation |
| 7. BONDS: | | | | | | | | | |
| 8. City Natl Bank Acct | A | Interest | L | T | | | | | |
| 9. BROKERAGE ACCT #1 | | | | | | | | | |
| 10. UB Highmark Div. MM | D | Interest | P1 | T | Buy (add'l) | 08/01/14 | P1 | | |
| 11. CA St GO | C | Interest | M | T | | | | | |
| 12. LA CA Uni Scl Dist | C | Interest | L | T | | | | | |
| 13. Baldwin Park CA Uni Schl Dist | A | Interest | | | Redeemed | 08/01/14 | L | | |
| 14. BROKERAGE ACCT #2 | | | | | | | | | |
| 15. MSSB MM Funds | A | Interest | O | T | | | | | |
| 16. BROKERAGE ACCT #3 | | | | | | | | | |
| 17. IRA - Rochdale Prime MM Fund | A | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GNMA | A | Interest | J | T | | | | | |
| 19. GNMA | A | Interest | J | T | | | | | |
| 20. Fed Home Loan Bk | B | Int./Div. | M | T | Buy | 05/14/14 | M | | |
| 21. CN Rochele Gov't MM | A | Interest | J | T | | | | | |
| 22. CA ST Bonds | D | Interest | N | T | | | | | |
| 23. BROKERAGE ACCT #4 | | | | | | | | | |
| 24. CA ST RFDG | C | Interest | L | T | | | | | |
| 25. CA ST Var Purp | C | Interest | M | T | | | | | |
| 26. CA ST RFDG | A | Interest | L | T | | | | | |
| 27. CA ST Var Purp | C | Interest | M | T | | | | | |
| 28. CA GO | B | Interest | | | Redeemed | 02/01/14 | L | | |
| 29. CA St Var Purp | C | Interest | | | Redeemed | 06/01/14 | K | | |
| 30. RMA Fund Inc | A | Interest | M | T | | | | | |
| 31. CA ST A-2 | D | Interest | | | Redeemed | 06/23/14 | N | | |
| 32. BROKERAGE ACCT #5 | | | | | | | | | |
| 33. JP Morgan Dep Acct | A | Interest | P1 | T | | | | | |
| 34. State of CA | C | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CA ST RFDG | B | Interest | L | T | | | | | |
| 36.  CA ST | B | Interest | | | Redeemed | 08/01/14 | L | | |
| 37.  Top Ships Inc | A | Interest | J | T | | | | | |
| 38.  BROKERAGE ACCT #6 | | | | | | | | | |
| 39.  WF Bank Deposit Sweep | B | Interest | P1 | T | | | | | |
| 40.  CA ST Var Purp | C | Interest | M | T | | | | | |
| 41.  CA ST Var Purp | D | Interest | M | T | | | | | |
| 42.  CA ST FGIC | A | Interest | K | T | | | | | |
| 43.  CA ST FGIC | A | Int./Div. | J | T | | | | | |
| 44.  CA ST Var Purp | C | Interest | K | T | | | | | |
| 45.  CA ST RFDG | A | Interest | J | T | | | | | |
| 46.  CA ST | B | Interest | L | T | Buy (add'l) | 10/28/14 | L | | |
| 47.  CA ST | C | Interest | M | T | | | | | |
| 48.  CA ST Var Purp | D | Interest | M | T | | | | | |
| 49.  CA ST Water Res Dev-Ser | A | Interest | K | T | | | | | |
| 50.  CA ST | A | Interest | L | T | | | | | |
| 51.  CA ST Ref | B | Interest | M | T | Buy | 05/22/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Infl Index | D | Interest | | | Redeemed | 01/15/14 | K | | *see explanation |
| 53. BROKERAGE ACCT #7 | | | | | | | | | |
| 54. Morgan Stanley MM | A | Interest | N | T | | | | | |
| 55. CA ST | D | Interest | M | T | | | | | |
| 56. CA ST Var Purp | B | Interest | K | T | | | | | |
| 57. CA CT Var Purp | D | Interest | L | T | | | | | |
| 58. CA ST Var Purp | D | Interest | L | T | | | | | |
| 59. CA ST | C | Interest | M | T | | | | | |
| 60. CA ST Var Purp | A | Interest | J | T | | | | | |
| 61. CA ST Var Purp | D | Interest | M | T | | | | | |
| 62. CA ST Rev Antic Notes | D | Interest | N | T | | | | | |
| 63. Discover Bank CD | | None | M | T | Buy | 09/03/14 | M | | |
| 64. Bank of India CD | | None | M | T | Buy | 09/12/14 | M | | |
| 65. CA ST Var Purp | A | Interest | | | Redeemed | 03/31/14 | M | | *see explanation |
| 66. BROKERAGE ACCT #8 | | | | | | | | | |
| 67. Ban of America NA RASP | A | Interest | J | T | Open | 09/30/14 | J | | |
| 68. ML Short Term Global Income Black Rock IRRA | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mutual Fund - Muni Inv Trust | A | Interest | K | T | | | | | |
| 70. ML Bank USA RASP CMA Fund | B | Interest | P1 | T | | | | | |
| 71. BROKERAGE ACCT #9 | | | | | | | | | |
| 72. CW Genl Govt Mny Mkt CIB | A | Interest | K | T | | | | | |
| 73. BROKERAGE ACCT #10 | | | | | | | | | |
| 74. MM Funds - RBC | A | Interest | O | T | | | | | |
| 75. State of CA GO | A | Interest | L | T | | | | | |
| 76. State of CA GO | A | Interest | L | T | | | | | |
| 77. State of CA GO | A | Interest | L | T | | | | | |
| 78. CA ST GO | A | Interest | K | T | | | | | |
| 79. BROKERAGE ACCT #11 | | | | | | | | | |
| 80. WF Bank Deposit Sweep | A | Interest | P1 | T | | | | | |
| 81. Bank of Baroda CD | A | Interest | | | Redeemed | 04/30/14 | M | | |
| 82. Beal CD | A | Interest | | | Redeemed | 02/19/14 | M | | |
| 83. GE Capital Bank CD | A | Interest | | | Redeemed | 02/24/14 | M | | |
| 84. Fifth Third Bank CD | A | Interest | | | Redeemed | 04/03/14 | M | | |
| 85. State Bank India CD | A | Interest | | | Redeemed | 01/29/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Compass Bank CD | A | Interest | | | Redeemed | 02/28/14 | M | | |
| 87. Discover Bank CD | A | Interest | | | Redeemed | 08/28/14 | M | | |
| 88. CA ST Var Purp | D | Interest | M | T | | | | | |
| 89. Bank of India CD | A | Interest | | | Redeemed | 07/09/14 | M | | |
| 90. Mizuho Bank CD | | | M | T | Buy | 02/20/14 | M | | |
| 91. " " " | A | Interest | | | Redeemed | 11/26/14 | M | | |
| 92. Everbank CD | | None | M | T | Buy | 03/26/14 | M | | |
| 93. Bank of China CD | | | M | T | Buy | 03/10/14 | M | | |
| 94. " " " | A | Interest | | | Redeemed | 09/19/14 | M | | |
| 95. Fed Hm Loan Bk | B | Interest | M | T | Buy | 04/29/14 | M | | |
| 96. Bank of Baroda CD | | None | M | T | Buy | 06/30/14 | M | | |
| 97. Comenity Cap Bk CD | A | Interest | M | T | Buy | 06/30/14 | M | | |
| 98. Fed Hm Loan Bk | | None | M | T | Buy | 07/31/14 | M | | |
| 99. Bank Hapoalim CD | | None | M | T | Buy | 09/12/14 | M | | |
| 100. BROKERAGE ACCT #12 | | | | | | | | | |
| 101. WF Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 102. Pennsylvania ST | A | Interest | | | Redeemed | 11/06/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. " " | A | Interest | | | Redeemed | 11/06/14 | M | | |
| 104. ITT Corp | A | Interest | K | T | | | | | |
| 105. General Elec Co | A | Interest | J | T | Redeemed (part) | 01/06/14 | J | | |
| 106. Yuba | A | Interest | K | T | | | | | |
| 107. CA EDL Rev Univ of Redlands | A | Interest | J | T | Buy | 11/04/14 | J | | |
| 108. Campbell CA CTFS | | None | K | T | Buy | 11/18/14 | K | | |
| 109. Lodi Uni Sch Dist | | None | J | T | Buy | 12/11/14 | J | | |
| 110. General Motors | A | Interest | K | T | Buy | 12/23/13 | K | | *see explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:   Investments and Trusts:

Line 6 - Malibu -   This should have been on last year's report

Line 52:   U.S. Infl Index -- This should have been on last year's report

Line 65: CA ST Var Pur Genl:   This should have been on last year's report

Line 110:  General Motors -- This was burchased 12/23/13 - should have been on previous report.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544